UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

MICHAEL DAILEY and )
ROBBIN DAILEY, )
, )
)
Plaintiff, )
)
v. )  Case No. 4:22-cv-00116
BRIDGETON LANDFILL, LLC, ROCK ROAD )
INDUSTRIES, INC., REPUBLIC SERVICES, )
INC., ALLIED SERVICES, LLC, and )
COTTER CORPORATION (N.S.L.), , )
)
Defendant, )
)

## ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☒ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER 4:17-cv-00024-CDP AND ASSIGNED TO THE HONORABLE JUDGE Catherine D. Perry .

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS _____ AND THAT CASE WAS ASSIGNED TO THE HONORABLE _____. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☐ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 01/28/2022            /s/ Brian O. Watson
                            Signature of Filing Party