

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print    Logon

## 16SL-CC04240 - MICHAEL DAILEY ET AL V BRIDGETON LANDFILL, L ET AL (E-CASE)

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

**DAILEY , MICHAEL , Plaintiff**

3550 EL FERROL COURT
BRIDGETON, MO 63044

**Year of Birth:** 1952

**DAILEY , ROBBIN , Plaintiff**

3550 EL FERROL COURT
BRIDGETON, MO 63044

**Year of Birth:** 1955

**BRIDGETON LANDFILL, LLC , Defendant**

R/A: THE CORPORATION CO.
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

**REPUBLIC SERVICES, INC. , Defendant**

R/A: CT CORPORATION SVCS
2390 E. CAMELBACK ROAD
PHOENIX, AZ 85016

**ALLIED SERVICES, LLC , Defendant**

R/A: THE CORPORATION CO.
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

**ROCK ROAD INDUSTRIES, INC. , Defendant**

R/A: CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

**MI HOLDINGS, INC. , Defendant**

R/A: CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

**MALLINCKRODT, INC. , Defendant**

R/A: CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

**COTTER CORPORATION , Defendant**

R/A: CT CORPORATION CO.
7700 E. ARAPAHOE ROAD, STE 220
CENTENNIAL, CO 80112

| | | |
|---|---|---|
| **COMMONWEALTH EDISON COMPANY , Defendant**<br>R/A: CORPORATE CREATIONS NET<br>350 S. NW HIGHWAY, STE. 300<br>PARK RIDGE, IL 60068 | | |
| **EXELON CORPORATION , Defendant**<br>R/A: CORPORATE CREATIONS NET<br>350 S. NW HIGHWAY, STE. 300<br>PARK RIDGE, IL 60068 | | |
| **UNITED STATES FIDELITY AND GUARANTY COMPANY , Third Party Defendant**<br>MISSOURI DEPARTMENT OF INSURAN<br>CE, 301 W. HIGH STREET ROOM 530<br>JEFFERSON CITY, MO 65101 | represented by | **GIANNINI , JACQUELINE A , Attorney-Pro Hac Vice** |
| | co-counsel | **VOBORNIK , DONNA J , Attorney-Pro Hac Vice** |
| **THE ST. PAUL TRAVELERS INSURANCE CO , Third Party Defendant**<br>MISSOURI DEPARTMENT OF INSURAN<br>CE, 301 W. HIGH STREET ROOM 590<br>JEFFERSON CITY, MO 65101 | represented by | **GIANNINI , JACQUELINE A , Attorney-Pro Hac Vice** |
| | co-counsel | **VOBORNIK , DONNA J , Attorney-Pro Hac Vice** |

### ADDITIONAL ATTORNEYS

| | | |
|---|---|---|
| | | **FEDDER , DAVID MARK , Attorney for Defendant**<br>DENTONS US LLP<br>ONE METROPOLITAN SQUARE<br>SUITE 3000<br>ST. LOUIS, MO 63102-2741<br>**Business:** (314) 241-1800 |
| | co-counsel | **SEABURY , NACENTE SHIKIRA , Attorney for Defendant**<br>3519 WYANDOTTE ST<br>APT 1S<br>KANSAS CITY, MO 64111 |