UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DAILEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-00116-CDP |
| | ) | |
| BRIDGETON LANDFILL, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFFS' MOTION TO REMAND**

Plaintiffs, through undersigned counsel, respectfully ask this Court to remand this case to state court.

Cotter removed this case claiming federal question jurisdiction under the Price-Anderson Act ("PAA"), 42 U.S.C. § 2210. Cotter's removal is procedurally improper because it violates the rule of unanimity. *Marano Enterprises of Kansas v. Z-Teca Restaurants, L.P.*, 254 F.3d 753, 755 (8th Cir. 2001). It is also procedurally improper because there has been no "amended pleading, motion, order or other paper" to permit a second removal. 28 U.S.C. § 1446(b).

Moreover, the factual prerequisites required for removal are not satisfied because the radioactive wastes in question are not source, special nuclear or byproduct material. This is confirmed by Cotter's own testimony. Because Plaintiffs' claims do not arise from source, special nuclear, or byproduct material, there has been no "nuclear incident" to establish federal court jurisdiction. 42 U.S.C. § 2014 (q). Plaintiffs' Memorandum in Support of this Motion is filed contemporaneously herewith and sets forth in more detail the reasons why this Court does not have jurisdiction.

WHEREFORE, Plaintiffs respectfully ask this Court to remand this case to state court.

**ORAL ARGUMENT REQUESTED**

Pursuant to Local Rule 78-4.02, Plaintiffs request oral argument on their Motion to Remand. Oral argument is warranted to provide the opportunity to further discuss the important issues presented, the parties' position on these issues, and the cited case law. In particular, oral argument will afford the parties an opportunity to discuss and answer any questions the Court may have regarding the specific pleading deficiencies.

Dated: February 28, 2022

Respectfully submitted,

KEANE LAW LLC

By: /s/ *Ryan Keane*
Ryan A. Keane, # 62112MO
Steven Duke, # 68034MO
7777 Bonhomme Ave, Ste 1600
St. Louis, MO 63105
Ph: (314) 391-4700
Fx: (314) 244-3778
ryan@keanelawllc.com
steve@keanelawllc.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record via the court's electronic filing system on February 28, 2022.

/s/ *Ryan Keane*