UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DAILEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-00116- CDP |
| | ) | |
| BRIDGETON LANDFILL, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION TO SEAL

Plaintiffs hereby move the Court to seal Plaintiffs' Memorandum in Support of their Motion for Remand with attached exhibits. A significant amount of Plaintiffs' Memorandum contains quotations and references to testimony subject to a protective order already in place. The materials have been deemed Confidential. A memorandum in support of this Motion is being submitted herewith, along with a proposed order.

Dated: February 28, 2022

Respectfully submitted,

KEANE LAW LLC

By:  /s/ *Ryan Keane*
Ryan A. Keane, # 62112MO
Steven Duke, # 68034MO
7777 Bonhomme Ave, Ste 1600
St. Louis, MO 63105
Ph: (314) 391-4700
Fx: (314) 244-3778
ryan@keanelawllc.com
steve@keanelawllc.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record via the court's electronic filing system on February 28, 2022.

/s/ *Ryan Keane*