**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

MICHAEL DAILEY, et al.,

               Plaintiffs,

    v.

BRIDGETON LANDFILL, LLC, et al.,

               Defendants.

Case No. 4:22-cv-00116-CDP

BRIDGETON LANDFILL, LLC, et al.,

               Third-Party Plaintiff,

    v.

UNITED STATES FIDELITY AND

GUARANTY COMPANY, et al.,

               Third-Party Defendants.

**PLAINTIFFS' OPPOSITION TO COTTER'S JOINDER**
**TO EXTEND RESPONSE TIME ON REMAND MOTION (DOC 39)**

It has been more than six years since this suit was first filed in Missouri state court. Discovery-wise all that has been accomplished are the depositions of Robbin and Mike Dailey, Marco Kaltofen, PhD. (one of plaintiffs' experts) and Strongbear, the gentleman who gathers samples for Dr. Kaltofen. There has been a modicum of written discovery as well. The majority of the work, however, has been motion practice concerning which court will see this matter to conclusion. The combined state and federal dockets of this matter contain over 35 pleadings pertaining to removal, remand, and the Price Anderson Act. Cotter's latest removal is not well

founded for the reasons set forth in the Dailey's remand motion. Doc. 32. Cotter set the timetable when it recently removed and so it should be ready to respond in a timely fashion. Plaintiffs object to Cotter's request for additional time to respond to the remand motion.


Respectfully submitted,


By:    <u>/s/ *Celeste Brustowicz*</u>
        Cooper Law Firm, LLC
        Barry J. Cooper, Jr. (*admitted pro hac*)
        Celeste Brustowicz (*admitted pro hac*)
        1525 Religious Street
        New Orleans, LA 70130
        bcooper@sch-llc.com
        cbrustowicz@sch-llc.com

        Keane Law LLC
        Ryan A. Keane
        Nathan R. Carroll
        7777 Bonhomme Ave, Ste. 1600
        St. Louis, MO 63105
        ryan@keanelawllc.com
        nathaniel@keanelawllc.com

        Johnson Gray, LLC
        Anthony D. Gray, # 51534
        319 North 4th Street, Suite 212
        St. Louis, MO 63102
        agray@johnsongraylaw.com


        *ATTORNEYS FOR PLAINTIFFS*