# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL DAILEY and ROBBIN DAILEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> BRIDGETON LANDFILL, LLC, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.  4:22-cv-00116-CDP |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO LANDFILL DEFENDANTS ONLY

COMES NOW, Plaintiffs Michael Dailey and Robbin Dailey and Defendants Republic Services, Inc., Allied Services, LLC and Defendant/Third Party Plaintiff Bridgeton Landfill, LLC (for itself and as successor of Rock Road Industries, Inc.[1]) (collectively "Landfill Defendants"), by and through their attorneys of record, and file their stipulation of dismissal of the claims of Plaintiffs Michael Dailey and Robbin Dailey against Landfill Defendants with prejudice. Plaintiffs maintain their claims against Defendant Cotter Corporation and the Landfill Defendants maintain their cross-claim against Defendant Cotter Corporation. Third Party Plaintiff Bridgeton Landfill, LLC also maintains its claims against Third-Party Defendants United States Fidelity and Guaranty Company and St. Paul Fire and Marine Insurance Company. Each party to pay their own costs.

**IT IS SO STIPULATED.**

---

[1] Rock Road Industries, Inc. merged into Bridgeton Landfill, LLC, effective April 9, 2018.

Dated:  March 23, 2022                    Respectfully submitted,

                                        */s/ Ryan Keane*
Ryan A. Keane          # 62112 (MO)
Steven Duke             # 68034 (MO)
Attorneys for Plaintiff
Keane Law LLC
7777 Bonhomme Ave, Ste 1600
St. Louis, MO 63105
Telephone: (314) 391-4700
Fax: (314) 244-3778
Email: ryan@keanelawllc.com
Email: steve@keanelawllc.com

*/s/ William G. Beck*
William G. Beck          # 26849 (MO)
Allyson E. Cunningham    # 64802 (MO)
Attorneys for Defendants and Third-Party Plaintiff
Lathrop GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Fax: (816) 292-2001
Email: william.beck@lathropgpm.com
Email: allyson.cunningham@lathropgpm.com