**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

MICHAEL DAILEY and ROBBIN DAILEY,

      Plaintiffs,

   v.

BRIDGETON LANDFILL, LLC,
ROCK ROAD INDUSTRIES, INC.,
REPUBLIC SERVICES, INC.,
ALLIED SERVICES, LLC, and
COTTER CORPORATION (N.S.L.),

      Defendants.

No. 4:22-cv-00116-CDP

**DEFENDANT COTTER CORPORATION (N.S.L.)'S
LOCAL RULE 4.02 ORAL ARGUMENT REQUEST RE:
PLAINTIFFS' MOTION FOR REMAND**

RILEY SAFER HOLMES & CANCILA LLP
Brian O. Watson, #68678MO
Lauren E. Jaffe, #6316795IL
Jennifer Steeve, #308082CA
Nacenté Seabury, #67248MO
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
ljaffe@rshc-law.com
jsteeve@rshc-law.com
nseabury@rshc-law.com
docketdept@rshc-law.com

**ATTORNEYS FOR DEFENDANT
COTTER CORPORATION (N.S.L.)**

Pursuant to Local Rule 4.02(B), Cotter Corporation (N.S.L.) ("Cotter") submits this request for oral argument in connection with Plaintiffs' motion for remand, Cotter's response in opposition, and Cotter's supporting declaration and exhibits.  Oral argument is warranted to provide the opportunity to further discuss the important issues presented, the parties' position on these issues, and the cited case law and record.

Dated: April 4, 2022            Respectfully submitted,

/s/ Jennifer Steeve
RILEY SAFER HOLMES & CANCILA LLP
Brian O. Watson, #68678MO
Lauren E. Jaffe, #6316795IL
Jennifer Steeve, #308082CA
Nacenté Seabury, #67248MO
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
ljaffe@rshc-law.com
jsteeve@rshc-law.com
nseabury@rshc-law.com
docketdept@rshc-law.com

SWANSON, MARTIN & BELL, LLP
Marcie J. Vantine, #56860MO
mvantine@smbtrials.com
One Bank of America Plaza
800 Market Street, Suite 2100
St. Louis, MO 63101
314.242.0903 (telephone)
314.242.0990 (facsimile)

**ATTORNEYS FOR DEFENDANT
COTTER CORPORATION (N.S.L.)**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 4, 2022, these papers were served upon all counsel of record via the

Court's electronic filing system.

Respectfully submitted,

<u>/s/ Jennifer Steeve</u>
RILEY SAFER HOLMES & CANCILA LLP
Brian O. Watson, #68678MO
Lauren E. Jaffe, #6316795IL
Jennifer Steeve, #308082CA
Nacenté Seabury, #67248MO
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
ljaffe@rshc-law.com
jsteeve@rshc-law.com
nseabury@rshc-law.com
docketdept@rshc-law.com

**ATTORNEYS FOR DEFENDANT
COTTER CORPORATION (N.S.L.)**