**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| MICHAEL DAILEY and ROBBIN DAILEY, )<br>  )<br>             Plaintiffs,   )<br>  )<br>vs.   )<br>  )<br>BRIDGETON LANDFILL, LLC, *et al.*, )<br>  )<br>             Defendants.  )<br>  ) | Case No.  4:22-cv-00116-CDP |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS' CROSS CLAIMS ONLY**

COMES NOW, Defendants Republic Services, Inc., Allied Services, LLC and Defendant/Third Party Plaintiff Bridgeton Landfill, LLC (for itself and as successor of Rock Road Industries, Inc.[1]) (collectively "Bridgeton Defendants") and Defendant Cotter Corporation (N.S.L.) ("Cotter"), by and through their attorneys of record, and file their stipulation of dismissal of their cross claims against each other with prejudice. Bridgeton Defendants stipulate to the dismissal of their cross claim against Cotter with prejudice, and Cotter stipulates to the dismissal of its cross claim against Bridgeton Defendants with prejudice. Third Party Plaintiff Bridgeton Landfill, LLC maintains its claims against Third-Party Defendants United States Fidelity and Guaranty Company and St. Paul Fire and Marine Insurance Company. Bridgeton Defendants agree to disclose to Cotter the existence and amount(s) of any settlement agreement(s) and/or release(s) entered into or made between Bridgeton Defendants and Plaintiffs (individually or jointly) pertaining to the claims, allegations, and damages in the pleadings or otherwise at issue in this lawsuit. Cotter agrees to maintain the confidentiality of any information

---

[1] Rock Road Industries, Inc. merged into Bridgeton Landfill, LLC, effective April 9, 2018.

or documents disclosed under the Stipulated Protective Order of March 29, 2021. Each party to pay their own costs.

    **IT IS SO STIPULATED.**

Dated:  May 10, 2022                Respectfully submitted,

    */s/ William G. Beck*
William G. Beck    # 26849 (MO)
Allyson E. Cunningham  # 64802 (MO)
Attorneys for Bridgeton Defendants and Third-Party Plaintiff
Lathrop GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Fax: (816) 292-2001
Email: william.beck@lathropgpm.com
Email: allyson.cunningham@lathropgpm.com

*/s/ Brian O. Watson*
Brian O. Watson    # 68678 (MO)
Lauren E. Jaffe      # 6316795 (IL)
Jennifer Steeve     # 308082 (CA)
Nacenté Seabury    # 67248 (MO)
Attorneys for Defendant Cotter Corporation (N.S.L.)
Riley Safer Holmes & Cancila LLP
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Fax: (312) 471-8701
Email: bwatson@rshc-law.com
Email: ljaffe@rshc-law.com
Email: jsteeve@rshc-law.com
Email: nseabury@rshc-law.com
Email: docketdept@rshc-law.com